01-00027
USDC/R.I.
Lagueux, R.

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 02-2476
No. 02-2477

UNITED STATES OF AMERICA,

Appellee,

v.

SANDII FAHNBULLEH,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Selya and Howard, Circuit Judges.

**JUDGMENT**
**Entered: September 6, 2005**

The government's motion for remand in light of Booker is granted.

Defendant's sentence is vacated and the case remanded for further sentencing proceedings in light of United States v. Booker, 543 U.S. --, 125 S. Ct. 738 (2005). We express no view as to the sentence to be imposed on remand.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk
George Knton
Deputy Clerk
Date: 9/27/05

By the Court:
Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[Certified copies: Hon. Ronald R. Lagueux and Mr. David DiMarzio, Clerk of the United States District Court of Rhode Island]

[cc: Kenneth P. Madden, AUSA, Donald Lockhart, AUSA, James Michael Fox, Esq., Sandii Fahnbulleh]