AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States of America

v.

Sandi Fahnbulleh

APPEARANCE

CASE NUMBER: 01-CR-27L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Sandi Fahnbulleh

I certify that I am admitted to practice in this court.

1-12-06
*Date*

Ed
*Signature*

Edward C. Roy, AFD
*Print Name*

3029
*Bar Number*

10 Weybosset Street, Suite 300
*Address*

Providence
*City*

RI
*State*

02903
*Zip Code*

401-528-4281
*Phone Number*

401-528-4285
*Fax Number*

his form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.