UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED JAN 1 2 2006 DISTRICT COURT DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 01-CR-27L |
| | ) | |
| SANDI FAHNBULLEH | ) | |

---

MOTION FOR CONTINUANCE OF SENTENCING

Now comes the defendant Sandi Fahnbulleh, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for February 7, 2005, for an additional 30 days.

As grounds defense counsel submits that he only recently received the case file from James Fox, the attorney who handled the appeal on Mr. Fahnbulleh's behalf. Additional time is also needed for counsel to meet with the defendant to go over the sentencing issues in this case.

Granted:
Ronald R. Lagueux
Sr. USDJ 1/17/06

Respectfully submitted
Sandi Fahnbulleh
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of this motion to Mary Rogers, Assistant United States Attorney; United States Probation Office, on the 12th day of January, 2006.